■ CHARLES F. SCHWERZLER et al., Respondents, v STATE OF NEW YORK, Appellant.—Appeal from a judgment in favor of claimants, entered May 22, 1990, upon a decision of the Court of Claims (Lyons, J.).

Judgment affirmed, with costs, upon the opinion of Judge Condon A. Lyons. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.